**UNITED STATES DISTRICT COURT**

**SOUTHERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>          Plaintiff,<br><br>   v.<br><br>RAYMOND HARRISON CRAFT,<br><br>          Defendant. | Case No. 26cr0197-W<br><br>**I N F O R M A T I O N**<br><br>Title 18, U.S.C., Sec. 371 –<br>Conspiracy |

The United States Attorney charges:

A.    INTRODUCTORY ALLEGATIONS

At all times relevant:

1.    The Social Security Administration was an agency of the United States within the United States government, which administered the Social Security Retirement Insurance Benefits pursuant to 42 U.S.C. §§ 401-433, and the Supplemental Security Income program pursuant to 42 U.S.C §§ 1381-1385.

2.    The Title II Retirement Insurance Benefits program paid monthly cash benefits to entitled individuals who had worked and paid taxes to the Social Security Administration, as well as to qualified spouses, ex-spouses, and minor children of deceased entitled individuals.

3. Supplemental Security Income was a federally administered cash assistance program paid from the general fund of the United States Department of the Treasury, and was designed to provide a floor of income for the aged, blind or disabled who have little or no income or resources.

4. United States citizens or legally admitted aliens residing in the United States who qualified as aged, blind or disabled and who met income and resource criteria could receive SSI.

5. RAYMOND HARRISON CRAFT (hereafter "Defendant") received Title II Retirement Insurance Benefits from the Social Security Administration, and resided in the Southern District of West Virginia.

2. W.J.B. resided in the Southern District of California.

3. John Doe aka "James Michael Goldberg" was believed to reside in the country of Jamaica.

4. John Doe aka "James Ryan Johnson" resided in an unknown location.

B.    OBJECTS OF THE CONSPIRACY

5. Beginning on a date unknown, but not later than November 2022, and continuing through at least on or around November 19, 2025, in the Southern District of California, the Southern District of West Virginia, and elsewhere, Defendant conspired with W.J.B., John Doe aka "James Michael Goldberg", John Doe aka "James Ryan Johnson" and others known and unknown, to commit offenses against the United States, namely:

       a.    Social Security Fraud, in violation of 42 U.S.C. § 408(a)(6);

       b.    Theft of Public Money, in violation of 18 U.S.C. § 641;

       c.    Mail Fraud, in violation of 18 U.S.C. § 1341;

       d.    Wire Fraud, in violation of 18 U.S.C. § 1343; and

       e.    Laundering of Monetary Instruments, in violation of 18 U.S.C. § 1956(a)(1)(B)(i).

2

C.   MANNER AND MEANS OF THE CONSPIRACY

6.   The objects of the conspiracy were to be accomplished, in substance, as follows:

a.   Unknown co-conspirators would obtain personal identifying information, including social security numbers and dates of birth, for victims who were then receiving various forms of benefits from the Social Security Administration (hereafter "SSA").

b.   John Doe, aka "James Michael Goldberg" instructed W.J.B. to open bank accounts in the United States in W.J.B.'s name, for the purpose of receiving victims' stolen Social Security benefits and other stolen money fraudulently obtained through telephone scams, government imposter scams, and other fraudulent schemes orchestrated by "Goldberg" and additional unknown individuals in Jamaica.

c.   John Doe, aka "James Ryan Johnson" would provide victims' personal identifying information and the routing and account numbers of accounts under the control of W.J.B. and other individuals to Defendant.

d.   Defendant would call SSA's National 800 Number and attempt to impersonate individual victims by using the individual victim's social security number, date of birth, and other information in order to convince the SSA employee that he was in fact the victim.

e.   If successful in impersonating an individual victim, Defendant would provide the SSA employee with updated bank account information, including the routing and account number, in order to divert SSA payments intended for the victim to accounts under the control of W.J.B. and others, and request that SSA pay the victim's Title II Retirement Insurance Benefits and/or Supplemental Security Income via direct deposit into the bank account.

3

f. As a result, SSA would cease to pay benefits to the victim, and instead the money would be deposited into bank accounts under the control of W.J.B. and others.

g. W.J.B. would provide John Doe, aka "James Michael Goldberg" with access to the bank accounts he had opened by various means, including the mailing of ATM debit/check cards concealed within other items through the U.S. Mails. The ATM debit/check cards would be utilized at ATM locations in Jamaica, where the stolen benefits would be withdrawn in cash by John Doe, aka "James Michael Goldberg" or other individuals known and unknown.

D. OVERT ACTS

7. In furtherance of the conspiracy and to accomplish the objects of the conspiracy, on or around the following dates, Defendant, W.J.B., John Doe, aka "James Michael Goldberg", John Doe aka "James Ryan Johnson" and others, committed and willfully caused others to commit various overt acts within the Southern District of California, Southern District of West Virginia, and elsewhere, including but not limited to the following:

a. On or about January 26, 2024, at the direction of John Doe, aka "James Michael Goldberg", W.J.B. opened Bank of America account number ********7263 at a Bank of America branch located in the Southern District of California.

b. On or about January 31, 2024, W.J.B. sent a picture text to John Doe, aka "James Michael Goldberg" of the front and back of an ATM debit/check card associated with Bank of America account number ********7263.

c. Beginning around December 2023, John Doe aka "James Michael Goldberg" directed W.J.B. to conceal ATM debit/check cards within shoes, and to send them through the U.S. Mails to a company in

4

the Southern District of Florida, specializing in the shipment of parcels to Jamaica. On or about February 20, 2024, W.J.B. mailed the parcel containing a shoe box and the shoe concealing the ATM debit/check card associated with Bank of America account number ********7263 to the Southern District of Florida.

d.   On or around February 27, 2025, Defendant, from the Southern District of West Virginia, called the SSA National 800 Number and provided the social security number for W.P., who was a Title II Retirement Insurance Beneficiary who resided in the Western District of Tennessee. Defendant was connected with an SSA employee working in the District of Maryland, and identified himself as W.P., and provided personal identifying information consistent with the information on record with SSA. Once his identity as W.P. was verified, Defendant requested that the SSA employee update W.P.'s SSA payment information to Bank of America account number ********7263, an account number given to Defendant by John Doe, aka "James Ryan Johnson" and which Defendant knew to be under the control of John Doe, aka "James Ryan Johnson" or other individuals involved in the conspiracy. As a result, SSA updated W.P.'s social security record and, on April 3, 2025, SSA paid W.P.'s Title II Retirement Insurance Benefits for the month of April 2025 in the amount of $1,958.00 via direct deposit into Bank of America account number ********7263 in the Southern District of California.

e.   On or around April 3, 2025, four ATM/Debit transactions were conducted in the area of Montego Bay, Jamaica, resulting in the withdrawal of approximately $1,960.00 in cash from Bank of America account number ********7263.

//
//

All in violation of Title 18, United States Code, Section 371.

DATED: January 21, 2026.

ADAM GORDON
United States Attorney

*Jeffrey D. Hill*

JEFFREY D. HILL
Special Assistant U.S. Attorney

6